UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ELVIRA CERVANTES,

Plaintiff,

v.

WELLS FARGO BANK, N.A., METROPOLITAN LIFE INSURANCE COMPANY, and Does 1-100, inclusive,

Defendants.

NO. CIV. S 03-1672 MCE PAN

ORDER

----oo0oo----

The Court is in receipt of a letter from Cynthia Coulter Mulvihill, counsel for Plaintiff in this matter, requesting an extension to and including June 17, 2005 to file an opposition to Defendant Wells Fargo Bank's Motion for Summary Judgment in this matter, presently set for hearing on June 20, 2005. Having reviewed that letter, as well as Wells Fargo's response thereto, the Court finds that no extraordinary circumstances amounting to good cause have been demonstrated that would warrant the requested extension.

Plaintiff’s request for extension is accordingly DENIED. All previously scheduled dates remain in effect.

IT IS SO ORDERED.

DATED: June 15, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE